# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § Case No. 2:18-CV-00497-JRG-RSP <br> § <br> GOOGLE, LLC, § <br> § <br> *Defendant*. § <br> § | |

## ORDER

This civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is the Report & Recommendation (Dkt. No. 73) by Magistrate Judge Payne, which recommends that the Court grant Uniloc 2017, LLC's and Uniloc USA, Inc.'s motion to remove Uniloc USA from this lawsuit pursuant to Federal Rule of Civil Procedure 21 (Dkt. No. 23). No party has objected to the Report & Recommendation.

Having reviewed Magistrate Judge Payne's report and the parties' briefing, the Court concludes the Magistrate Judge's Report & Recommendation (Dkt. No. 73) is correct and is hereby **ADOPTED**. Accordingly, Uniloc 2017, LLC's and Uniloc USA, Inc.'s motion to remove Uniloc USA from this lawsuit pursuant to Federal Rule of Civil Procedure 21 (Dkt. No. 23) is **GRANTED**. Uniloc USA is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 10th day of September, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE