**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC 2017, LLC,<br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC.,<br>    Defendant. | Case No. 2:18-cv-00497-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### MOTION FOR LEAVE TO ACCEPT FILING OUT OF TIME

In its Order of March 26, 2020 ("Order"), the Court ordered Plaintiff Uniloc 2017, LLC ("Uniloc") to provide by April 3, 2020 a memorandum on the "evidence uncovered in discovery supporting or negating the assertion that the accused products perform the steps of the asserted patents in this case." (Dkt. 234 at 2).

Due to an inadvertent docketing error based on a change of discovery deadlines, Uniloc missed that deadline. Defendant Google LLC ("Google") filed its response under the Order on April 10, 2020, three calendar days before the deadline of April 13, 2020. Uniloc apologizes to the Court for its omission and respectfully seeks the Court's leave to accept its court-ordered memorandum ("Memorandum") out of time.

Accepting the Memorandum out of time will not materially prejudice Google. Uniloc is filing its Memorandum before the April 13 due date of Google's response. To the extent Google wishes to address any issues raised in the Memorandum, Uniloc would not oppose any supplemental briefing on a schedule that the Court permits.

Date:  April 11, 2020

*/s/ Ryan Loveless*
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296

1

>Jeff Huang
>Brian M. Koide
>Etheridge Law Group, PLLC
>2600 E. Southlake Blvd., Suite 120 / 324
>Southlake, TX  76092
>Tel.:  (817) 470-7249
>Fax:  (817) 887-5950
>Jim@EtheridgeLaw.com
>Ryan@EtheridgeLaw.com
>Brett@EtheridgeLaw.com
>Travis@EtheridgeLaw.com
>JHuang@EtheridgeLaw.com
>Brian@EtheridgeLaw.com

>**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on April 11, 2020, the foregoing document was served upon all counsel of record for the Defendant via the Court's electronic filing system.

>*/s/ Ryan Loveless*
>Ryan Loveless

## CERTIFICATE TO FILE UNDER SEAL

Pursuant to the protective order entered in this case, this document is being filed under seal.

>*/s/ Ryan Loveless*
>Ryan Loveless