# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:18-cv-00497-JRG-RSP |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is a Motion to Dismiss under Rule 41 ("Motion"), filed by Plaintiff Uniloc 2017 LLC ("Uniloc"). Dkt. No. 301. In the motion, Uniloc voluntarily sought dismissal of the case pursuant to Federal Rule of Civil Procedure 41(a). *Id.* at 2. Uniloc later indicated the dismissal should be with prejudice. Dkt. No. 305 at 1.

After consideration, the Court **GRANTS** Uniloc's Motion, and as a part thereof it is **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 19th day of June, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE